BEFORE THE FIRST DIVISION, MARCH 6, 1946

**No. 50921.**—Protests 93813–K, etc., of Alfred Dunhill of London, Inc. (New York).

Opinion by OLIVER, P. J.   At the trial no testimony was submitted by either of the parties, it being agreed that the merchandise consists of pieces of ferrocerium the same as the articles the subject of *Davies Turner & Co.* v. *United States* (13 Cust. Ct. 190, C. D. 893), except for size.   In accordance therewith it was held that the merchandise is ferrocerium, dutiable at $2 per pound and 25 percent ad valorem under paragraph 302 (q), as claimed.